Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CLINT WILLIAM CHANDLER
AMANDA RENE CHANDLER

CASE NO: 14-70038-HDH-13
HEARING DATE: 4/16/2014
HEARING TIME: 10:30 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 4/16/2014 at 10:30 AM at the following location

VIDEO HEARING: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 4/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    2/20/2014

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date:   2/20/2014 | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey |
| | Chapter 13 Trustee |

BANK OF AMERICA ATTN: CORRESPONDENCE UNIT/CA6-919-02-41 PO BOX 5170 SIMI VALLEY CA 93062
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CAPITAL ONE BANK/BESTBUY ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CLINT WILLIAM CHANDLER & AMANDA RENE CHANDLER 1518 HANOVER RD  WICHITA FALLS TX 76302
CREDIT ONE BANK PO BOX 98873  LAS VEGAS NV 89193
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
KELL WEST REGIONAL HOSPITAL 5420 WEST BLVD  WICHITA FALLS TX 76310
KTX  EMERGENCY PHYSICIANS PO BOX 98596  LAS VEGAS NV 89193
METHODIST HEALTH SYSTEM 1441 N BECKLEY AVE  DALLAS TX 75203
NORTH TEXAS MEDICAL LAB PO BOX 930  WICHITA FALLS TX 76307
NORTH TEXAS OPHTHALMOLOGY ASSOCIATES 1704 11TH STREET  WICHITA FALLS TX 76301
POSTEL FAMILY CREDIT UNION PO BOX 4825  WICHITA FALLS TX 76308
PRIME FINANCIAL SERVICES DEPT 437 PO BOX 4115 CONCORD CA 94524
RADIOLOGY ASSOCIATES 808 BROOK AVENUE  WICHITA FALLS TX 76301
SHEFFIELD FINANCE BB&T/ATTN:BANKRUPTCY DEPARTMENT PO BOX 1847 WILSON NC 27894
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530